IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GEORGE SAYRAFE, et al.   *

    Plaintiffs,   *

v.   *   Case No. JFM-98-CV-4188

NICHELLE NICOLE WILLIAMS, et al.   *

    Defendant   *

## ORDER EXTENDING DATE FOR FILING DISPOSITIVE MOTIONS

This matter having come before the Court upon the Motion of Defendant/Cross Defendant Nichelle Nicole Williams to extend the date for the filing of dispositive pretrial motions, each party having consented to the extention of the said date as requested, the matter being duly submitted and the proceedings were by the Court read and considered, it appearing that sufficient grounds for objection to the claim have been alleged,

It is this _28_ day of _October_, 19_99_, by the United States District Court for the District of Maryland,

ORDERED, that the deadline for filing dispositive pretrial motions be and the same is hereby extended until February 28, 2000.

J. Frederick Motz
U.S. District Judge

ENTERED: _10/28/99_

3