IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE SAYRAFE, ET AL.         *
                                *
v.                              *   Civil No. JFM-98-4188
                                *
FRANK WILLIAM TURK, ET AL.     *
                            *****

ORDER

As stated in the accompanying memorandum to counsel, it is, this 10th day of March 2000

ORDERED that plaintiffs are granted leave to file a second amended complaint on or before March 24, 2000.

_____
J. Frederick Motz
United States District Judge