**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 10, 2000

Memo to Counsel Re: George Sayrafe, et al. v. Frank Turk, et al.
Civil No. JFM-98-4188

Dear Counsel:

This will confirm, as we discussed during the conference held on March 8, 2000, that plaintiffs will file a second amended complaint naming the estate of Kevin Lamont Martin as a defendant on or before March 24, 2000. This will also confirm that plaintiffs will provide a status report concerning the status of the service of the second amended complaint upon the estate of Mr. Martin on or before May 26, 2000.

I understand that counsel for the other defendants have no objection to the filing of the second amended complaint. Accordingly, I am entering an order today granting plaintiffs leave to file the second amended complaint.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File