IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE SAYRAFE, et al. | * | |
| Plaintiffs | * | Civil No.: JFM-98-CV-4188 |
| v. | * | |
| FRANK TURK, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIM**

Plaintiff, George Sayrafe, hereby moves for an extension of time in which to respond to the Counter-Claim of Defendant, Evelyn R. Martin, as Personal Representative of the Estate of Kevin L. Martin, deceased, until October 31, 2000. Counsel for the Defendant, Evelyn R. Martin, has consented to the proposed extension.

_____
Lauren R. Calia, Federal Bar #23739
Israelson, Salsbury, Clements & Bekman, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for the Plaintiffs

_____
Rachel C. Evans, Federal Bar #20036
Jordan Keys & Jessamy, LLP
1400 Sixteenth Street, N.W., Suite 700
Washington, DC 20036
(202) 483-8300

Attorneys for Defendant,
   Evelyn Martin, as Personal Representative
   of the Estate of Kevin I. Martin,
   Deceased

APPROVED THIS _11th_ DAY OF _October_, 2000

_____
J. FREDERICK MOTZ
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this _9th_ day of October, 2000, a copy of the aformentioned Motion for Extension of Time in Which to File Answer to Defendants Counterclaim was mailed first class mail, postage prepaid to the following:

Steven M. Sindler, Esquire
1130 Annapolis Road
Suite 101
Odenton, Maryland 21113

Edward P. Murphy, Esquire
Allewalt & Murphy, P.A.
805 N. Calvert Street
Baltimore, Maryland 21202

_____
Lauren R. Calia, Esquire

[S][SAYRAFE]]motionforextension

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE SAYRAFE, et al. | * | |
|     Plaintiffs | * | Civil No.: JFM-98-CV-4188 |
| v. | * | |
| FRANK TURK, et al. | * | |
|     Defendants | * | |

\* * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff, George Sayrafe, hereby moves for an extension of time in which to respond to the Counter-Claim of Defendant, Evelyn R. Martin, as Personal Representative of the Estate of Kevin L. Martin, deceased, until October 31, 2000. Counsel for the Defendant, Evelyn R. Martin, has consented to the proposed extension.

_____
Lauren R. Calia, Federal Bar #23739
Israelson, Salsbury, Clements & Bekman, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for the Plaintiffs

_____
Rachel C. Evans, Federal Bar #20036
Jordan Keys & Jessamy, LLP
1400 Sixteenth Street, N.W., Suite 700
Washington, DC 20036
(202) 483-8300

Attorneys for Defendant,
   Evelyn Martin, as Personal Representative
   of the Estate of Kevin I. Martin,
   Deceased

APPROVED THIS ___ DAY OF _____, 2000

_____
J. FREDERICK MOTZ
U.S. District Judge

### CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of October, 2000, a copy of the aformentioned Motion for Extension of Time in Which to File Answer to Defendants Counterclaim was mailed first class mail, postage prepaid to the following:

Steven M. Sindler, Esquire
1130 Annapolis Road
Suite 101
Odenton, Maryland 21113

Edward P. Murphy, Esquire
Allewalt & Murphy, P.A.
805 N. Calvert Street
Baltimore, Maryland 21202

_____
Lauren R. Calia, Esquire

[S][SAYRAFE]]motionforextension