IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE SAYRAFE, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO.: JFM 98 CV 4188 |
| FRANK WILLIAM TURK, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Please dismiss the above captioned case with prejudice.

/s/ Lauren R. Calia
LAUREN R. CALIA
ISRAELSON, SALSBURY, CLEMENTS
& BEKMAN, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiffs